UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE SEARCH OF THE YAHOO! E-MAIL ACCOUNT KNOWN AS **mrsfly4u@yahoo.com** | **UNDER SEAL**<br><br>MISC. NO.  3:18mj1619(JGM) |

FILED
2018 OCT 18 P 1:00
U.S. DISTRICT COURT
NEW HAVEN, CT.

June 7, 2012

### APPLICATION OF THE UNITED STATES FOR ORDER AUTHORIZING EXTENSION OF DELAYED NOTIFICATION OF E-MAIL SEARCH WARRANT, AND REQUEST TO SEAL

The United States of America hereby applies to the Court, pursuant to Fed. R. Crim. P. 41(f)(3), 18 U.S.C. § 3103a, and 18 U.S.C. § 2705, to renew and extend for 90 days, the initial 30 day period of delayed notification of the execution of a previously-issued warrant authorizing the search of the Yahoo! E-mail account known as **sample@sample**, utilized by Anita Askenback (the "TARGET E-MAIL ACCOUNT"). The United States also requests that this application and the proposed Order, and any resulting Order be sealed, until further order of the Court. As grounds for this application, the United States says:

1.  On May 11, 2012, based on a probable cause Affidavit submitted by the United States, the Court issued a warrant to search the TARGET E-MAIL ACCOUNT (the "Warrant"). Pursuant to 18 U.S.C. §§ 3103a(b) and 2705, and Fed. R. Crim. P. 41(f)(3), the Court included in the Warrant a finding of reasonable cause to delay notification of the Warrant's execution for an initial period of thirty (30) days after the Warrant's execution.

ongoing investigation, as previously set forth in the government's initial Affidavit. Specifically, placing the Warrant on the public record risks alerting the suspected perpetrators to the fact and status of a federal investigation, including the ability of the government to identify and document their purchases, sales, money transfers, and communications in furtherance of the illegal conduct, and hence would assist and encourage the perpetrators to change patters of behavior, relocate residences, notify confederates, destroy evidence, and thereby avoid detection, identification, and prosecution.

WHEREFORE, the United States respectfully requests that the Court issue the proposed Order, extending the period of delayed notice of the Warrant for 90 days, and sealing this Application, the proposed Order, and any resulting Order or other document in this matter, until further order of the Court.

Respectfully submitted

DAVID B. FEIN
United States Attorney

HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar No. ct24829
157 Church Street, 23d Floor
New Haven, CT  06510
(203) 821-3700